# EXHIBIT I

 **Clerk of the Circuit Court of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS

**NUMBER: 19CR0769601**

FOX, JORDAN

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|-------|---------|--------|-------------|-------------|
| 001 | 720-5/24-1.6(A)(1) | F4 | AGG UUW/LOADED/NO FCCA/FOID | 5/10/2019 |
| 002 | 720-5/24-1.6(A)(1) | F4 | AGG UUW/LOADED/NO FCCA/FOID | 5/10/2019 |
| 003 | 720-5/24-1.6(A)(1) | F4 | AGG UUW/VEHICLE/LOADED/NO FCC | 5/10/2019 |
| 004 | 720-5/24-1.6(A)(1) | F4 | AGG UUW/VEHICLE/LOADED/NO FCC | 5/10/2019 |
| 005 | 720-5/24-1.6(A)(1) | F4 | AGG UUW/VEHICLE/NO FOID | 5/10/2019 |
| 006 | 720-5/24-1.6(A)(1) | F4 | AGG UUW/VEHICLE/NO FOID | 5/10/2019 |
| 007 | 720-5/24-1.6(A)(1) | F4 | AGG UUW/VEH/DELINQUENT MINOR | 5/10/2019 |
| 008 | 720-5/24-1.6(A)(1) | F4 | AGG UUW/VEH/DELINQUENT MINOR | 5/10/2019 |
| 009 | 720-5/24-1.6(A)(1) | F4 | AGG UUW/VEHICLE/<21 | 5/10/2019 |
| 010 | 720-5/24-1.6(A)(1) | F4 | AGG UUW/VEHICLE/<21 | 5/10/2019 |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:**

**6/10/2019  INDICTMENT/INFORMATION-CLERKS OFFICE-PRESIDING JUDGE**

**6/18/2019  CASE ASSIGNED**

MARTIN, LEROY K, JR.

**6/18/2019  DEFENDANT IN CUSTODY**

PORTER, DENNIS J

**6/18/2019  CONTINUANCE BY AGREEMENT**

PORTER, DENNIS J

1 of 5

CERTCONV-000001



## Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**NUMBER: 19CR0769601**

**FOX, JORDAN**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**6/26/2019 DEFENDANT IN CUSTODY**

PORTER, DENNIS J

**6/26/2019 CONTINUANCE BY AGREEMENT**

PORTER, DENNIS J

**7/29/2019 DEFENDANT IN CUSTODY**

PORTER, DENNIS J

**7/29/2019 CONTINUANCE BY AGREEMENT**

PORTER, DENNIS J

**9/9/2019 DEFENDANT IN CUSTODY**

PORTER, DENNIS J

**9/9/2019 CONTINUANCE BY AGREEMENT**

PORTER, DENNIS J

**9/23/2019 DEFENDANT IN CUSTODY**

PORTER, DENNIS J

**9/23/2019 CONTINUANCE BY AGREEMENT**

PORTER, DENNIS J

**10/7/2019 DEFENDANT IN CUSTODY**

PORTER, DENNIS J

**10/7/2019 CONTINUANCE BY AGREEMENT**

PORTER, DENNIS J

**10/23/2019 DEFENDANT IN CUSTODY**

PORTER, DENNIS J

2 of 5

Printed: 4/15/2026 3:21:51 PM

CERTCONV-000002



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

VS

**NUMBER: 19CR0769601**

**FOX, JORDAN**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**10/23/2019 CONTINUANCE BY AGREEMENT**

PORTER, DENNIS J

**10/28/2019 DEFENDANT IN CUSTODY**

PORTER, DENNIS J

**10/28/2019 CONTINUANCE BY AGREEMENT**

PORTER, DENNIS J

**12/11/2019 DEFENDANT IN CUSTODY**

PORTER, DENNIS J

**12/11/2019 WARRANT QUASHED**

PORTER, DENNIS J

**12/11/2019 DEFENDANT IN CUSTODY**

PORTER, DENNIS J

**12/11/2019 JURY WAIVED**

PORTER, DENNIS J

**12/11/2019 WARRANT QUASHED**

PORTER, DENNIS J

**12/11/2019 DEFENDANT IN CUSTODY**

PORTER, DENNIS J

**HEARINGS**

| 6/18/2019 | 9:00 AM Continued to | Criminal Division, Courtroom 700 |
| 6/18/2019 | 9:00 AM Continued to | Criminal Division, Courtroom 101 |

Printed: 4/15/2026 3:21:51 PM

CERTCONV-000003

 **Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 19CR0769601**

### FOX, JORDAN

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| | | | |
|---|---|---|---|
| 6/26/2019 | 9:00 AM | By Agreement | Criminal Division, Courtroom 700 |
| 7/29/2019 | 9:30 AM | By Agreement | Criminal Division, Courtroom 307 |
| 9/9/2019 | 9:30 AM | By Agreement | Criminal Division, Courtroom 700 |
| 9/23/2019 | 9:00 AM | By Agreement | Criminal Division, Courtroom 700 |
| 10/7/2019 | 9:00 AM | By Agreement | Criminal Division, Courtroom 700 |
| 10/23/2019 | 9:00 AM | By Agreement | Criminal Division, Courtroom 700 |
| 10/28/2019 | 9:30 AM | By Agreement | Criminal Division, Courtroom 700 |
| 12/11/2019 | 9:30 AM | By Agreement | Criminal Division, Courtroom 700 |
| 12/11/2019 | 9:00 AM | By Agreement | Criminal Division, Courtroom 700 |
| 12/11/2019 | 9:00 AM | By Agreement | Criminal Division, Courtroom 308 |
| 12/11/2019 | 9:00 AM | Assignment | Criminal Division, Courtroom 308 |

### PLEAS, DISPOSITIONS AND SENTENCES:

**Plea:**

001     12/11/2019 PLEA OF GUILTY

**Disposition:**

001     12/11/2019 FINDING OF GUILTY - GUILTY PLEA

002     12/11/2019 NOLLE PROSEQUI

003     12/11/2019 NOLLE PROSEQUI

004     12/11/2019 NOLLE PROSEQUI

Printed: 4/15/2026 3:21:51 PM

CERTCONV-000004



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 19CR0769601**

### FOX, JORDAN

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| 005 | 12/11/2019 NOLLE PROSEQUI |
| 006 | 12/11/2019 NOLLE PROSEQUI |
| 007 | 12/11/2019 NOLLE PROSEQUI |
| 008 | 12/11/2019 NOLLE PROSEQUI |
| 009 | 12/11/2019 NOLLE PROSEQUI |
| 010 | 12/11/2019 NOLLE PROSEQUI |

**Sentence (Credit):**

| 001 | 12/11/2019 IDOC | Term: 1 yrs  Credit: 215 dys |

| 001 | 12/11/2019 | IDOC |



I hereby certify that the foregoing has been entered of record on the above captioned case.

Date: 4/15/2026

*Mariyana T. Spyropoulos*

Mariyana T. Spyropoulos
**CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

5 of 5

CERTCONV-000005