Case: 1:24-cr-00236 Document #: 246-4 Filed: 04/17/26 Page 1 of 11 PageID #:1739

# EXHIBIT J



**Clerk of the Circuit Court of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS                                                    NUMBER: 18CR1499201

HARRIS, ARDARIES

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|-------|---------|--------|-------------|-------------|
| 001 | 720-5/24-1.1(A) | F2 | FELON POSS/USE FIREARM PRIOR | 9/19/2018 |
| 002 | 720-5/24-1.1(A) | F2 | FELON POSS/USE FIREARM PRIOR | 9/19/2018 |
| 003 | 720-5/24-1.1(A) | F2 | FELON POSS/USE FIREARM PRIOR | 9/19/2018 |
| 004 | 720-5/24-1.1(A) | F2 | FELON POSS/USE FIREARM PRIOR | 9/19/2018 |
| 005 | 720-5/24-1.1(A) | F2 | FELON POSS/USE FIREARM PRIOR | 9/19/2018 |
| 006 | 720-5/24-1.1(A) | F2 | FELON POSS/USE FIREARM PRIOR | 9/19/2018 |
| 007 | 720-5/24-1.1(A) | F2 | FELON POSS/USE FIREARM PRIOR | 9/19/2018 |
| 008 | 720-5/24-1.1(A) | F2 | FELON POSS/USE FIREARM PRIOR | 9/19/2018 |
| 009 | 720-5/24-1.1(A) | F2 | FELON POSS/USE FIREARM PRIOR | 9/19/2018 |
| 010 | 720-5/24-1.1(A) | F2 | FELON POSS/USE FIREARM PRIOR | 9/19/2018 |
| 011 | 430-65/2(A)(1) | F3 | FIREARM/FOID INVALID/NOT ELIG | 9/19/2018 |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:**

**10/23/2018  INDICTMENT/INFORMATION-CLERKS OFFICE-PRESIDING JUDGE**

**10/30/2018  DEFENDANT IN CUSTODY**

   WATKINS, STEVEN G

**10/30/2018  CONTINUANCE BY AGREEMENT**

   WATKINS, STEVEN G

**10/31/2018  CASE ASSIGNED**

1 of 10

Printed: 4/15/2026 3:22:21 PM

CERTCONV-000006



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

**VS**

NUMBER: 18CR1499201

## HARRIS, ARDARIES

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

MARTIN, LEROY K, JR.

**10/31/2018 CONTINUANCE BY AGREEMENT**

WATKINS, STEVEN G

**11/1/2018 DEFENDANT IN CUSTODY**

WATKINS, STEVEN G

**11/1/2018 APPEARANCE FILED**

WATKINS, STEVEN G

**11/1/2018 DEFENDANT ARRAIGNED**

WATKINS, STEVEN G

**11/1/2018 PLEA OF NOT GUILTY**

WATKINS, STEVEN G

**11/1/2018 ADMONISH AS TO TRIAL IN ABSENT**

WATKINS, STEVEN G

**11/1/2018 MOTION FOR DISCOVERY**

WATKINS, STEVEN G

**11/1/2018 DISCOVERY ANSWER FILED**

WATKINS, STEVEN G

**11/1/2018 STATE DISCOVERY DEADLINE SET**

WATKINS, STEVEN G

**11/1/2018 DEFENDANT PRETRIAL MOTION DISCOVERY DEADLINE SET**

WATKINS, STEVEN G

**11/1/2018 FINAL PRETRIAL CONFERENCE DATE SET**

Printed: 4/15/2026 3:22:21 PM

CERTCONV-000007

 **Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**　　　　　　　　　　　　　　　**NUMBER: 18CR1499201**

**HARRIS, ARDARIES**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

WATKINS, STEVEN G

**11/1/2018 TARGET DISPOSITION DATE SET**

WATKINS, STEVEN G

**11/1/2018 BAIL AMOUNT SET**　　　　　　　　　　　　　　　　　　　　**$20,000.00**

WATKINS, STEVEN G

**11/1/2018 ORDER OF COURT ONLY RELEASE DEFENDANT ON D BOND**

WITH EM

WATKINS, STEVEN G

**11/1/2018 ADMINISTRATIVE MANDATORY FURLOUGH (CCDOC)**

24 HOUR CURFEW

WATKINS, STEVEN G

**11/1/2018 CONTINUANCE BY AGREEMENT**

WATKINS, STEVEN G

**11/1/2018 DEFENDANT IN CUSTODY**

WATKINS, STEVEN G

**11/1/2018 BAIL AMOUNT SET**　　　　　　　　　　　　　　　　　　　　**$20,000.00**

WATKINS, STEVEN G

**11/1/2018 ORDER OF COURT ONLY RELEASE DEFENDANT ON D BOND**　　**$20,000.00**

WITH EM 24 HOUR CURFEW

WATKINS, STEVEN G

**11/1/2018 ADMINISTRATIVE MANDATORY FURLOUGH (CCDOC)**

WATKINS, STEVEN G

3 of 10

CERTCONV-000008

 **Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**HARRIS, ARDARIES**

**NUMBER: 18CR1499201**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**11/1/2018 CONTINUANCE BY AGREEMENT**

WATKINS, STEVEN G

**11/14/2018 DEFENDANT IN CUSTODY**

WATKINS, STEVEN G

**11/14/2018 BOND TO STAND**

20,000 D WITH EM

WATKINS, STEVEN G

**11/14/2018 CONTINUANCE BY AGREEMENT**

WATKINS, STEVEN G

**12/18/2018 DEFENDANT RELEASED ON CASH OR DEPOSIT BOND**

**1/3/2019 ADMINISTRATIVE MANDATORY FURLOUGH (CCDOC)**

WATKINS, STEVEN G

**1/3/2019 CONTINUANCE BY AGREEMENT**

WATKINS, STEVEN G

**2/1/2019 DEFENDANT IN CUSTODY**

WATKINS, STEVEN G

**2/1/2019 CONTINUANCE BY AGREEMENT**

WATKINS, STEVEN G

**2/20/2019 ADMINISTRATIVE MANDATORY FURLOUGH (CCDOC)**

WATKINS, STEVEN G

**2/20/2019 CONTINUANCE BY AGREEMENT**

WATKINS, STEVEN G

Printed: 4/15/2026 3:22:21 PM

CERTCONV-000009



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

### HARRIS, ARDARIES

**NUMBER: 18CR1499201**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**3/21/2019 DEFENDANT IN CUSTODY**

EM REINSTATED

WATKINS, STEVEN G

**3/21/2019 ENTERED AND CONTINUED**

MOVEMENT E&C

WATKINS, STEVEN G

**3/21/2019 CONTINUANCE BY AGREEMENT**

WATKINS, STEVEN G

**4/3/2019 ADMINISTRATIVE MANDATORY FURLOUGH (CCDOC)**

WATKINS, STEVEN G

**4/3/2019 WITNESSES ORDERED TO APPEAR**

WATKINS, STEVEN G

**4/3/2019 CONTINUANCE BY AGREEMENT**

WATKINS, STEVEN G

**5/2/2019 ADMINISTRATIVE MANDATORY FURLOUGH (CCDOC)**

KENWORTHY, DIANA L

**5/2/2019 WITNESSES ORDERED TO APPEAR**

KENWORTHY, DIANA L

**5/2/2019 CONTINUANCE BY AGREEMENT**

KENWORTHY, DIANA L

**6/20/2019 ADMINISTRATIVE MANDATORY FURLOUGH (CCDOC)**

EM TERM REMANDED

Printed: 4/15/2026 3:22:21 PM

CERTCONV-000010



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**NUMBER: 18CR1499201**

**HARRIS, ARDARIES**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

WATKINS, STEVEN G

**6/20/2019 PLEA OF GUILTY**

WATKINS, STEVEN G

**6/20/2019 JURY WAIVED**

WATKINS, STEVEN G

**6/20/2019 FINDING OF GUILTY**

WATKINS, STEVEN G

**6/20/2019 NOLLE PROSEQUI**

WATKINS, STEVEN G

**6/20/2019 NOLLE PROSEQUI**

WATKINS, STEVEN G

**6/20/2019 NOLLE PROSEQUI**

WATKINS, STEVEN G

**6/20/2019 NOLLE PROSEQUI**

WATKINS, STEVEN G

**6/20/2019 NOLLE PROSEQUI**

WATKINS, STEVEN G

**6/20/2019 NOLLE PROSEQUI**

WATKINS, STEVEN G

**6/20/2019 NOLLE PROSEQUI**

WATKINS, STEVEN G

**6/20/2019 NOLLE PROSEQUI**

Printed: 4/15/2026 3:22:21 PM

CERTCONV-000011

 **Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 18CR1499201**

### HARRIS, ARDARIES

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

WATKINS, STEVEN G

**6/20/2019 NOLLE PROSEQUI**

WATKINS, STEVEN G

**6/20/2019 NOLLE PROSEQUI**

WATKINS, STEVEN G

**6/20/2019 NOLLE PROSEQUI**

WATKINS, STEVEN G

**6/20/2019 DEFENDANT DEMAND FOR TRIAL**

WATKINS, STEVEN G

**6/20/2019 DEFENDANT REMAND CUSTODY COOK COUNTY SHERIFF**

WATKINS, STEVEN G

**6/20/2019 DEFENDANT IN CUSTODY**

WATKINS, STEVEN G

**6/20/2019 DEFENDANT SENTENCED ILLINOIS DEPARTMENT OF CORRECTIONS**

WATKINS, STEVEN G

**6/20/2019 CREDIT DEFENDANT FOR TIME SERVED**

AGG CREDIT 300 DAYS

WATKINS, STEVEN G

**6/20/2019 ADMONISH-MANDATORY SUPERVISORY RELEASE**

WATKINS, STEVEN G

**6/20/2019 FINES COSTS FEES PER DRAFT ORDER** $427.00

WATKINS, STEVEN G

Printed: 4/15/2026 3:22:21 PM

CERTCONV-000012



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 18CR1499201**

### HARRIS, ARDARIES

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**6/20/2019  CASH BOND REFUND TO ATTORNEY**

WATKINS, STEVEN G

**6/20/2019  DEFENDANT ADVISED OF RIGHT TO APPEAL**

WATKINS, STEVEN G

**6/20/2019  CHANGE PRIORITY STATUS**

WATKINS, STEVEN G

**6/24/2019  CASH BOND REFUND PROCESSED FORWARDED ACCOUNTING            $1,900.00
DEPARTMENT**

D1362966 ATTY

**HEARINGS**

| Date | Time | | Location |
|------|------|---|----------|
| 10/31/2018 | 9:30 AM | Continued to | Criminal Division, Courtroom 304 |
| 10/31/2018 | 9:00 AM | Continued to | Criminal Division, Courtroom 101 |
| 11/1/2018 | 9:00 AM | By Agreement | Criminal Division, Courtroom 304 |
| 11/1/2018 | 9:00 AM | By Agreement | Criminal Division, Courtroom 304 |
| 11/14/2018 | 9:00 AM | By Agreement | |
| 11/14/2018 | 9:30 AM | By Agreement | Criminal Division, Courtroom 304 |
| 1/3/2019 | 9:00 AM | By Agreement | Criminal Division, Courtroom 304 |
| 1/31/2019 | 9:30 AM | By Agreement | Criminal Division, Courtroom 304 |
| 2/20/2019 | 9:30 AM | By Agreement | Criminal Division, Courtroom 304 |
| 3/21/2019 | 9:00 AM | By Agreement | Criminal Division, Courtroom 304 |
| 4/3/2019 | 9:30 AM | By Agreement | Criminal Division, Courtroom 304 |
| 5/2/2019 | 9:30 AM | By Agreement | Criminal Division, Courtroom 304 |

Printed: 4/15/2026 3:22:21 PM

CERTCONV-000013

 **Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 18CR1499201**

### HARRIS, ARDARIES

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| 6/20/2019 | 9:30 AM By Agreement | Criminal Division, Courtroom 304 |
|---|---|---|

**PLEAS, DISPOSITIONS AND SENTENCES:**

**Plea:**

| 011 | 6/20/2019 PLEA OF GUILTY |
|---|---|

**Disposition:**

| 001 | 6/20/2019 NOLLE PROSEQUI |
|---|---|
| 002 | 6/20/2019 NOLLE PROSEQUI |
| 003 | 6/20/2019 NOLLE PROSEQUI |
| 004 | 6/20/2019 NOLLE PROSEQUI |
| 005 | 6/20/2019 NOLLE PROSEQUI |
| 006 | 6/20/2019 NOLLE PROSEQUI |
| 007 | 6/20/2019 NOLLE PROSEQUI |
| 008 | 6/20/2019 NOLLE PROSEQUI |
| 009 | 6/20/2019 NOLLE PROSEQUI |
| 009 | 6/20/2019 NOLLE PROSEQUI |
| 010 | 6/20/2019 NOLLE PROSEQUI |
| 011 | 6/20/2019 PLEA OF GUILTY |
| 011 | 6/20/2019 FINDING OF GUILTY |

Printed: 4/15/2026 3:22:21 PM



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

<table>
<tr><td>VS</td><td>NUMBER: 18CR1499201</td></tr>
</table>

### HARRIS, ARDARIES

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**Sentence (Credit):**

| 011 | 6/20/2019 | SENTENCED | Term: 2 yrs |

| 011 | 6/20/2019 | | SENTENCED |

**I hereby certify that the foregoing has been entered of record on the above captioned case.**

Date: 4/15/2026

Mariyana T. Spyropoulos
**CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

Printed: 4/15/2026 3:22:21 PM

CERTCONV-000015